**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTORIA TOENSING, *et al.* | |
| Plaintiffs, | |
| v. | |
| UNITED STATES | Civil Action No. 11-1215 (BAH) |
| DEPARTMENT OF JUSTICE | |
| Defendant. | |

**ORDER**

Upon consideration of the defendant's Supplemental Motion for Summary Judgment, ECF No. 29, and the plaintiff's Cross-Motion for Summary Judgment, ECF No. 31, the related legal memoranda in support and in opposition, the declarations provided, and the entire record herein, it is hereby

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the defendant's Supplemental Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the plaintiffs' Cross-Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: November 14, 2013

*This is a final and appealable Order.*

_____
BERYL A. HOWELL
United States District Judge